PER CURIAM.
 

 We affirm the summary denial of appellant’s motion for post-conviction relief pursuant to Florida Rule of Criminal Procedure 3.850.
 
 See Flores v. State,
 
 57 So.3d 218 (Fla. 4th DCA 2010). However, we note that this decision expressly and directly conflicts with
 
 Hernandez v. State,
 
 61 So.3d 1144 (Fla. 3d DCA 2011).
 
 See
 
 Fla. R.App. P. 9.030(a)(2)(A)(iv). We certify conflict and certify a question of great public importance:
 

 DOES THE IMMIGRATION WARNING IN FLORIDA RULE OF CRIMINAL PROCEDURE 3.172(c)(8) BAR IMMIGRATION-BASED INEFFECTIVE ASSISTANCE OF COUNSEL CLAIMS BASED ON THE UNITED STATES SUPREME COURT’S DECISION IN
 
 Padilla v. Kentucky,
 
 _ U.S. _, 130 S.Ct. 1473, 176 L.Ed.2d 284 (2010)?
 

 See
 
 Fla. R.App. P. 9.030(a)(2)(A)(v).
 

 Affirmed; Conflict and Question Certified.
 

 TAYLOR, GERBER and LEVINE, JJ„ concur.